# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2617

_____

Estate of Nancy Rampy, James E..       *
Rammette, Trustee,                    *
                                   *

         Appellant,         *

                               *   Appeal from the United States
    v.                      *   District Court for the
                               *   District of Minnesota.
William F. Messerli; Messerli &     *
Kramer, P.A.,                  *      [UNPUBLISHED]
                               *

         Appellees.         *

_____

Submitted: March 13, 1998
Filed: July 10, 1998

_____

Before BEAM and HEANEY, Circuit Judges, and KOPF, District Judge.[1]

_____

PER CURIAM.

The bankruptcy estate of Nancy Rampy appeals the district court's grant of summary judgment to William Messerli and his law firm in this legal malpractice case. We find this case will have no precedential value and affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.